No. 768. SULLIVAN ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edgar Shook* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States. ▮

No. 989. LAW MOTOR FREIGHT, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. 1st Cir. Certiorari denied. *Bryce Rea, Jr.,* and *Thomas M. Knebel* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Robert L. Toomey* for Civil Aeronautics Board, and *George C. Neal* and *Brian C. Elmer* for Emery Air Freight Corp., respondents. ▮

No. 1102. HAHN ET UX. *v.* BIHLMIRE. Sup. Ct. Wis. Certiorari denied. *George Stephen Leonard* for petitioners. *Irvin B. Charne* for respondent. ▮

No. 1206. 305 EAST 43D STREET CORP. *v.* KARLSON. C. A. 2d Cir. Certiorari denied. *Edmund F. Lamb* for petitioner. *Stuart M. Speiser* for respondent. ▮

No. 1160. NATIONAL MOTOR FREIGHT TRAFFIC ASSOCIATION, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Bryce Rea, Jr., Thomas M. Knebel* and *Ronald R. Pentecost* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Robert L. Toomey* for Civil Aeronautics Board, and *George C. Neal* and *Brian C. Elmer* for Emery Air Freight Corp., respondents. ▮